IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WALTER B. JONES, #23677-018                                          PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:07cv173DCB-MTP

CONSTANCE REESE, Warden FCI-Yazoo                                    RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice, and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the   29th   day of October, 2007.


                                             s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE